IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Romeo R. Haley, ) | C/A No. 0:09-00714-PMD-PJG |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| L. Keith Josey, Jr., Sheriff, Clarendon County, ) | |
| South Carolina; ) | **ORDER** |
| Tommy Burgess, Deputy Sheriff, Clarendon County, ) | |
| South Carolina; ) | |
| Shelton Hughes, ) | |
| ) | |
| Defendants. ) | |

Upon motion of the defendants and for good cause shown, it is hereby

**ORDERED** that the Federal Bureau of Investigation shall provide a copy of the criminal records report regarding the plaintiff, Romeo R. Haley, to the defendants for purposes of the above-captioned matter.

**IT IS SO ORDERED.**

_____
Paige J. Gossett
UNITED STATES MAGISTRATE JUDGE

March 22, 2010
Columbia, South Carolina